ACCEPTED
03-14-00644-CV
4521863
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 8:48:49 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/17/2015 8:48:49 AM

JEFFREY D. KYLE
Clerk

March 17, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

RE:     Court of Appeals Number: 03-14-00644-CV
        Trial Court Case Number: D-1-GN-14-001172
        *Jose A. Perez v. Texas Medical Board, et al.*

Dear Mr. Kyle:

Please be advised that the undersigned counsel for Defendants will be out of town and unavailable from and including Monday, July 6, through and including Tuesday, July 14, 2015. I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
Administrative Law Division
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Attorney for Defendants

cc:     Jose A. Perez, via e-service and/or email
        *Attorneys for Appellant*